IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JEREMY THOMAS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIV. ACT. 1:17-cv-399-TFM-MU |
| | ) |
| WARDEN CYNTHIA STEWART, | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM OPINION AND ORDER

On June 16, 2020, the Magistrate Judge entered a Report and Recommendation (Doc. 32), to which no objections have been filed. After due and proper consideration of the issues raised, the Report and Recommendation is **ADOPTED** as the opinion of the Court. Accordingly, it is **ORDERED** that Defendant's Motion for Summary Judgment (Docs. 17, 18, 25) is **GRANTED** and Plaintiff's claims against the Defendant are **DISMISSED with prejudice**.

Final judgment shall issue separately in accordance with this order and Federal Rule of Civil Procedure 58.

**DONE** and **ORDERED** this 13th day of July 2020.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE