# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| JEREMY THOMAS, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIV. ACT. NO. 1:17-cv-399-TFM-MU |
| WARDEN CYNTHIA STEWART, | ) ) ) |
| Defendant. | ) ) |

## JUDGMENT

In accordance with the Memorandum Opinion and Order entered this same date, it is **ORDERED, ADJUDGED,** and **DECREED** that summary judgment is granted on behalf of Defendant and Plaintiff's claims are **DISMISSED with prejudice**.

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** this 13th day of July, 2020.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE